

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2020

No. 04-20-00226-CV

Abelardo G. **GONZALEZ,** Individually and as Next Friend of M.A.G. and Z.A.G.,
Appellant

v.

Alberto J. **GONZALEZ**, Sergio R. Gonzalez, Rosalinda Gonzalez, and Diana Gonzalez,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH001007D3
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant, pro se, has filed a motion requesting access to the clerk's record. We grant the motion. We order the clerk of this court to make a copy of the clerk's record and send it to appellant.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court